# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CITATION NUMBER: 14-MJ-01154-KLM |
| BRIAN WITTE | FPD: WARREN RICHARD WILLIAMSON |

**THE DEFENDANT:** Pleaded guilty to count one of the Citation.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 38 C.F.R. § 1.218(a)(5), (b)(11) | DISORDERLY CONDUCT | 3/13/2014 | 1 |

Defendant sentenced to: six (6) months of unsupervised probation; must pay fees $10/25 by 5/14/2015 to Courthouse/ Finance office at 901 19th St., Denver CO, 80294. The defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $0.00 | $25.00 |

3/12/2015
Date of Imposition of Judgment

Signature of Judicial Officer

Kathleen M. Tafoya, U.S. Magistrate Judge
Name & Title of Judicial Officer

3-16-2015
Date